*NUTTALL & WIFE vs. KIRKLAND.*

The appeal will be dismissed, if the citation be served on the attorney, and it does not appear that the appellee is absent or re-

APPEAL from the court of probates of the parish of Catahoula.

PORTER, J. delivered the opinion of the court. The appellees have moved to dismiss

this appeal, in consequence of the citation being served on the attorney. The return of the sheriff does not state the appellees to be absent from the state, and there is no evidence before the court, that they are non-residents.

It is therefore ordered, adjudged and decreed, that the appeal be dismissed, with costs.

*Rigg* and *Winn* for plaintiffs; *Scott, Thomas,* and *Flint,* for defendant.

West'n. District.
*October*, 1829.

NUTTALL &
WIFE
*vs.*
KIRKLAND.

sides out of the state.